IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and            )
ANNETTE B. KELLY,            )
                             )
      Plaintiffs,            )
                             )
                             )    CIVIL ACTION NO.
      v.                     )     2:26cv233-MHT
                             )        (WO)
ALABAMA DEPARTMENT OF        )
FINANCE (ADOF) and           )
ALABAMA DEPARTMENT OF        )
REVENUE (ADOR),              )
                             )
      Defendants.            )

DISMISSAL ORDER

This case is before the court for review of the complaint filed by pro se plaintiffs Gregory Kelly and Annette B. Kelly.  On May 21, 2025, plaintiff Gregory Kelly was declared a vexatious litigant by this court. *See Kelly v. Montgomery Water Works & Sanitary Sewer Bd.*, No. 2:24cv348-RAH, 2025 WL 1461271, at *1 (M.D. Ala. May 21, 2025).  Because of Gregory Kelly's repeated filing of frivolous and shotgun complaints and Annette B. Kelly's repeated joining with him as a

plaintiff on such complaints, on December 15, 2025, the court entered the following order:

> "As a consequence of Gregory Kelly's vexatious filing of shotgun and frivolous pleadings, and now by and through his wife, Annette B. Kelly, in the event Gregory Kelly or anyone acting in concert with him, including Annette B. Kelly, files a shotgun or facially frivolous complaint in the future, after appropriate review, the Court will summarily dismiss the pleading and the action without prior notice."

*Kelly v. Alabama State Port Auth.*, No. 2:25cv825-RAH, 2025 WL 3633214, at *2 (M.D. Ala. Dec. 15, 2025).  On April 1, 2026, the Kellys filed the 22-count pro se complaint in this case.

After careful review, the court concludes that the complaint is a shotgun pleading because it "contain[s] multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint."  *Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015).  Therefore, this case will be

2

summarily dismissed without prejudice pursuant to the above order.

***

Accordingly, it is ORDERED that:

(1) This case is summarily dismissed without prejudice.

(2) Any pending deadlines are terminated.

(3) <u>As soon as practicable but no later than May 6, 2026</u>, the plaintiffs shall pick up the service packets in this case from the Middle District of Alabama Clerk's Office, located at 1 Church Street, Montgomery, AL 36104.

A separate final judgment will be entered.

DONE, this the 8th day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE