IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY and<br>ANNETTE B. KELLY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv233-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF<br>FINANCE (ADOF) and<br>ALABAMA DEPARTMENT OF<br>REVENUE (ADOR), | ) | |
| | ) | |
| Defendants. | ) | |

FINAL JUDGMENT

In accordance with the order entered on this date, it is the ORDER, JUDGMENT and DECREE of the court that this case is dismissed without prejudice.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE